# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2701

_____

Ronaldo S. Ligons,

        Appellant,

v.

David Crist, Warden;
Mark Kroll, Lt.,

        Appellees.

\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  [UNPUBLISHED]
\*
\*

_____

Submitted:  November 28, 2003

Filed:  December 10, 2003

_____

Before RILEY, McMILLIAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Ronaldo Ligons appeals the district court's[1] 28 U.S.C. § 1915A dismissal of his civil case alleging denial of access to legal materials.  We conclude the complaint was properly dismissed because, prior to dismissal, Ligons did not allege an actual injury with respect to any particular legal claim.

_____

[1]The Honorable David S. Doty, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jonathan G. Lebedoff, United States Magistrate Judge for the District of Minnesota.

Accordingly, we affirm, <u>see</u> 8th Cir. R. 47B, but we modify the dismissal to be without prejudice.  <u>See</u> <u>Sabers v. Delano</u>, 100 F.3d 82, 84 (8th Cir. 1996) (per curiam).

_____